[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 24-12670

Non-Argument Calendar

_____

DEANTE GHOLSTON,

Plaintiff-Appellant,

*versus*

COMMISSIONER, GEORGIA DEPARTMENT OF CORRECTIONS,
SHARON LEWIS,
Medical Director of GDC,
DR. DITSLEAR,

Defendants-Appellees.

_____

2                    Opinion of the Court                    24-12670

Appeal from the United States District Court
for the Southern District of Georgia
D.C. Docket No. 1:24-cv-00073-JRH-BKE

_____

Before ROSENBAUM, BRANCH, and LAGOA, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction.  Deante Gholston appeals from the district court's August 6, 2024, order adopting the magistrate judge's report and recommendation and dismissing his claims against Tyrone Oliver and Sharon Lewis.

We lack jurisdiction over this appeal because the August 6 order did not adjudicate all Gholston's claims against all parties and, thus, did not end the litigation on the merits.  *See* 28 U.S.C. § 1291; *CSX Transp., Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000); *Supreme Fuels Trading FZE v. Sargeant*, 689 F.3d 1244, 1246 (11th Cir. 2012); Fed. R. Civ. P. 54(b).  The August 6 order adjudicated Gholston's claims against Oliver and Lewis but not those against Dr. Cynthia Ditslear, which remain pending.  The order is not otherwise appealable, as the district court did not certify it for immediate appeal and it can be effectively reviewed after final judgment.  *See Plaintiff A v. Schair*, 744 F.3d 1247, 1252-53 (11th Cir. 2014); 28 U.S.C. § 1292(b); Fed. R. Civ. P. 54(b); *Microsoft Corp. v. Baker*, 582 U.S. 23, 29 (2017).

24-12670                Opinion of the Court                3

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.